## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NEAL PASCARETTI )<br>)<br>Plaintiff, )<br>) Case No.: 17-2070-CM-GEB<br>vs. )<br>)<br>I.C. SYSTEMS )<br>)<br>Defendant. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, with the stipulation and agreement of all Defendants, hereby dismisses this action with prejudice, each party to bear its own costs.

Respectfully submitted,

**CREDIT LAW CENTER LLC**

**By: /s/ Thomas A. Addleman**
**Thomas A. Addleman  #21104**
**4041 NE Lakewood Way, Suite 200**
**Lee's Summit, MO  64064**
**Telephone:  816-246-7800**
**Facsimile:  855-523-6884**
**TomA@CreditLawCenter.com**

**Attorney for Plaintiff**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Thomas A. Addleman
*Attorney for Plaintiff*